# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DAVID MONK AS SPECIAL ADMINISTRATOR OF THE ESTATE OF SHARON MONK,<br><br>                    Appellant,<br><br>        vs.<br>HARRY CHING, M.D., AN INDIVIDUAL; CHRISTOPHER MCNICOLL, M.D., AN INDIVIDUAL; AND ALLEN YOUNG, M.D., AN INDIVIDUAL,<br><br>                    Respondents. | No. 81644<br><br>**FILED**<br><br>NOV 20 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>    DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order dismissing appellant's complaint against respondents. Eighth Judicial District Court, Clark County; James Crockett, Judge.

On October 12, 2020, this court issued an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction as it appeared that no final judgment had been entered below because claims remain pending, and the challenged order is not otherwise appealable. Appellant has filed a response to the order to show cause and moves to voluntarily dismiss this appeal. The motion is granted. This appeal is dismissed.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-42437

cc: Hon. James Crockett, District Judge
William C. Turner, Settlement Judge
Hayes Wakayama
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Eighth District Court Clerk